■ In the Matter of WARREN JONES, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Appellant.—Motion seeking relief pursuant to CPLR 5015 (a) (5) denied *(see, Matter of Huie [Furman],* 20 NY2d 568, 572, *mot to amend remittitur granted* 21 NY2d 1036; *Deeves v Fabric Fire Hose Co.,* 14 NY2d 633). Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.

■ In the Matter of OSWALDO CARRERAS, Petitioner v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Motion seeking relief pursuant to CPLR 5015 (a) (5) denied *(see, Matter of Huie [Furman],* 20 NY2d 568, 572, *mot to amend remittitur granted* 21 NY2d 1036; *Deeves v Fabric Fire Hose Co.,* 14 NY2d 633). Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.

■ In the Matter of RONALD WISNIEWSKI, Petitioner, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Motion seeking relief pursuant to CPLR 5015 (a) (5) denied *(see, Matter of Huie [Furman],* 20 NY2d 568, 572, *mot to amend remittitur granted* 21 NY2d 1036; *Deeves v Fabric Fire Hose Co.,* 14 NY2d 633). Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.